No. 4011

Second Circuit

STATE OF LA. EX REL. WIMBERLY v. BARHAM ET AL.

(April 9, 1931. Opinion and Decree.)
(May 20, 1931. Rehearing Refused.)
(June 22, 1931. Writ of Certiorari and Review Granted by Supreme Court.)

(*No Syllabus*)

Todd, Todd & Fraser, of Bastrop, and George Gunby, of Monroe, attorneys for plaintiff, appellee.

Madison & Madison, of Monroe, attorneys for defendants, appellants.

WEBB, J. The issues presented in the above cause are identical with the issues presented in the cause of State ex rel. J. T. White v. Henry Mason, 17 La. App. 504, 133 So. 809, this day decided, and for the reasons assigned in that cause, the judgment in the present cause is affirmed at appellant's cost.